IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01912-BNB

NYAHUMA KAMAU MACHARIA,

Plaintiff,

v.

JUDGE C. GONZALES,
NANCY JOHNSON, and
MAYOR JOHN HICKENLOOPER,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 25 2008

GREGORY C. LANGHAM
                    CLERK

ORDER OF DISMISSAL

Plaintiff, Nyahuma Kamau Macharia, filed *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and an amended complaint asking for money damages and for "the warrant taken off." *See* amended complaint at 6. He was granted leave to proceed *in forma pauperis* pursuant to § 1915.

On October 14, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Macharia to file within thirty days a second amended complaint that sued the proper parties, that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and that asserted each Defendant's personal participation in the alleged constitutional violations. Magistrate Judge Boland warned Mr. Macharia that, if he failed within the time allowed to file a second amended complaint that complied with the October 14 order to the Court's satisfaction, the amended complaint and the action would be dismissed without further notice.

Mr. Macharia has failed within the time allowed to comply with the October 14, 2008, order for a second amended complaint or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice for failure to comply with the October 14, 2008, order for a second amended complaint and for failure to prosecute.

DATED at Denver, Colorado, this 25 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01912-BNB

Nyahuma Kamau Macharia
PO Box 1603
Aurora, CO 80040

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/25/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk